Bartholomew A. DECICCO, Richard F. Fletcher, Robert J. Figliozzi, Gabriel M. Bernaschina and Vincent R. Drohan, Petitioners–Appellants,

v.

Elizabeth COLOMBO and Francisco Colombo, Respondents–Appellees.

No. 03–7043–CV.

United States Court of Appeals, Second Circuit.

Dec. 19, 2005.

Dan A. Druz, Manasquan, NJ, for Petitioners–Appellants.

Marshalls S. Belkin, Yorktown, Heights, NY, for Respondents–Appellees.

PRESENT: Hon. RICHARD J. CARDAMONE, Hon. PIERRE N. LEVAL, and Hon. ROBERT D. SACK, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment be, and it hereby is, AFFIRMED.

After careful consideration of the record and the arguments of the parties on appeal, we hereby AFFIRM the judgment of the district court for substantially the reasons set forth by the district court in its Decision and Order dated November 25, 2002.